# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

APRIL MARKIEWICZ, WIFE OF/AND
MARK MARKIEWICZ

VERSUS

SUN CONSTRUCTION, LLC, AND
COOPER ENGINEERING, INC., A
PROFESSIONAL ENGINEERING
CORPORATION

CONSOLIDATED WITH

JANET SHEA, WIFE OF/AND ALPHONSE
SHEA

VERSUS

SUN CONSTRUCTION, LLC, PENN MILL
LAKES, LLC, SUNRISE CONSTRUCTION
AND DEVELOPMENT, LLC AND COOPER
ENGINEERING, INC., A
PROFESSIONAL ENGINEERING
CORPORATION

CONSOLIDATED WITH

PATRICIA GRANT, RICHARD GRANT,
MARGUERITE GUARINO, WILLIAM
GUARINO, SHERON SPRAWLS, VERNON
SPRAWLS, DIANNE WIDTE, JOHNNY
WHITE, JO ANN YOUNGBLOOD,
WILLIAM YOUNGBLOOD, LYNELL
ROWAN, AL VIN ROWIN, GAYLO AYO,
JAMES AYO, DEBORAH LASCARI AND
DANIEL LASCARI AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

VERSUS

SUN CONSTRUCTION, LLC, PENN MILL
LAKES, LLC, SUNRISE CONSTRUCTION
AND DEVELOPMENT, LLC AND COOPER
ENGINEERING, INC., A
PROFESSIONAL ENGINEERING
CORPORATION

NO. 2024 CW 0602

PAGE 1 OF 2

**SEPTEMBER 9, 2024**

---

In Re: Lawrence Kornman, Sun Construction, LLC, and Penn Mill Lakes, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 200610684 c/w 200810737 c/w 200811536.

---

BEFORE: McCLENDON, WELCH, AND LANIER, JJ.

**WRIT GRANTED WITH ORDER.** The portion of the district court's February 21, 2024 judgment which ordered that the motion for summary judgment filed by defendant, Lawrence Kornman, is moot is vacated. According to the district court's reasons for judgment, it found the motion for summary judgment moot based upon

the grant of the exception of no cause of action.   However,  it appears that the motion for summary judgment sought the dismissal of claims other than the claims at issue in the exception of no cause of action.   Accordingly,  this matter  is  remanded  to  the district court with instructions to rule on the motion for summary judgment filed by defendant, Lawrence Kornman.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT